■ DIANE GAS, INC., et al., Appellants, v L.M.J. REALTY CORP., Respondent. [619 NYS2d 649] —Appeal by the plaintiffs from an order of the Supreme Court, Kings County (Shaw, J.), dated June 7, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Shaw at the Supreme Court. Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.

■ ESTATE OF KAREN A. ADKINS et al., Appellants, v COUNTY OF NASSAU, Respondent. [619 NYS2d 651] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Roncallo, J.), dated June 21, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Roncallo at the Supreme Court *(see also,* County Law § 674 [3] [a]; *Cremonese v City of New York,* 17 NY2d 22). Bracken, J. P., Lawrence, Friedmann and Goldstein, JJ., concur.